```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

**DEANTE DRAKE,**              :
                               :
    Petitioner         :   No. 1:16-CV-00542
                               :
  vs.                          :   (Judge Kane)
                               :
**WARDEN OF ALLENWOOD,**       :
                               :
    Respondent         :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Drake's petition for writ of habeas corpus (Doc. No. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

                                     s/ Yvette Kane
                                     Yvette Kane, District Judge
                                     United States District Court
                                     Middle District of Pennsylvania

Date: November 30, 2016